## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust** | **CIVIL ACTION NO: 2:19-cv-00435-JAW** |
| **Plaintiff** | |
| vs. | RE:<br>588 Main Street f/k/a 90 Main Street, Eliot, ME 03903 |
| **Laura Giovannettone and Mark Giovannettone** | Mortgage:<br>October 15, 2002<br>Book 12121, Page 288 |
| **Defendants**<br>**Kennebunk Savings Bank** | |
| **Party-In-Interest** | |

## AFFIDAVIT OF KELLY HARTIGAN

I, Kelly Hartigan, hereby depose and state as follows:

1. I am a paralegal at Doonan, Graves & Longoria, LLC, the law firm which represents the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, in this matter.

2. On March 3, 2022, our office mailed a copy of the Court's Notice of Damages Hearing to Defendants, Laura Giovannettone and Mark Giovannettone, and Party-in-Interest Kennebunk Savings Bank via certified and first class mail (see Exhibit A attached hereto).

3. Attached hereto as Exhibit B is a copy of the tracking history for the Parties.

4. Parties-In-Interest, Kennebunk Savings Bank and Laura Giovannettone have consented to the foreclosure.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of March, 2022.

/s/Kelly Hartigan

Kelly Hartigan

## COMMONWEALTH OF MASSACHUSETTS

Essex, ss.                                                          Dated this 15th day of March, 2022

COUNTY OF ESSEX

On this 15th day of March, 2022, before me, the undersigned notary public personally appeared Kelly Hartigan, who proved to me through satisfactory evidence of identification to be the person whose name is signed on this document, who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

    /s/Michele B Diruzza
Notary Public
My Commission Expires: September 9, 2022