# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | CIVIL ACTION NO: 2:19-cv-00435-JAW |
| Plaintiff | MOTION TO APPROVE PARTIALLY EXECUTED CONSENT JUDGMENT OF FORECLOSURE AND SALE |
| vs. | RE:<br>588 Main Street f/k/a 90 Main Street, Eliot, ME 03903 |
| Laura Giovannettone and Mark Giovannettone | Mortgage:<br>October 15, 2002<br>Book 12121, Page 288 |
| Defendants | |
| Kennebunk Savings Bank | |
| Party-In-Interest | |

NOW COMES the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, in this matter, by and through undersigned counsel and hereby MOVES this Court to enter an Order to approve and enter the Consent Judgment of Foreclosure and Sale between the Plaintiff, Defendant Laura Giovannettone, and Party-in-Interest, Kennebunk Savings Bank dated March 15, 2022. As grounds therefor Plaintiff states the following:

1. On March 10, 2022, Plaintiff sent Defendants, Laura Giovannettone and Mark Giovannettone, Party-in-Interest Kennebunk Savings Bank, a Consent Judgment of Foreclosure and Sale.

2. On March 12, 2022, Plaintiff received the Consent Judgment of Foreclosure and Sale executed by Counsel for Party-in-Interest, Kennebunk Savings Bank, filed herewith, as Exhibit A.

3. On March 14, 2022, Plaintiff received the Consent Judgment of Foreclosure and Sale

executed by Defendant, Laura Giovannettone, filed herewith, as Exhibit A.

4. The Defendant, Mark Giovannettone was served on October 14, 2019.

5. The Defendant, Mark Giovannettone has not appeared throughout this action and has not executed the Consent Judgment of Foreclosure and Sale.

6. Defendants are not in the military. See Affidavit of Military Search attached hereto, as Exhibit B.

7. The Damages Hearing scheduled for March 16, 2022 is not impacted by this Consent Judgment, where, as here, Mark Giovannettone, has not consented to Judgment and is, upon information and belief still living in the premises, however the Consent Judgment resolves the matter concerning the consenting parties and, if approved, would relieve those parites of the need to appear at the hearing.

WHEREFORE, in the interests of judicial economy, Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, requests that this Court approve and enter the Consent Judgment of Foreclosure and Sale dated March 15, 2022, and which is now being submitted to this Court as to the consenting parties and conduct the scheduled Damages hearing as to the non-consenting party only.

Respectfully submitted this 15th day of March, 2022.

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Cente
JAD@dgandl.com
RJL@dgandl.com

# CERTIFICATE OF SERVICE

      I, Reneau J. Longoria, Esq., hereby certify that on March 15, 2022 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## SERVICE LIST

Laura Giovannettone
23 Richfield Lane
Colchester, VT 05446

Laura Giovannettone
588 Main Street f/k/a 90 Main Street
Eliot, ME 03903

Mark Giovannettone
588 Main Street f/k/a 90 Main Street
Eliot, ME 03903

Mark Giovannettone
4 U.S. Route 1, Apt. 2B
York, ME 03909

Kennebunk Savings Bank
c/o Christopher L. Brooks, Esq.,
Drummond Woodsum & MacMahon,
84 Marginal Way, Suite 600,
Portland, ME 04101