# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust** | **CIVIL ACTION NO: 2:19-cv-00435-JAW** |
| **Plaintiff** | **JUDGMENT OF FORECLOSURE AND SALE** |
| vs. | RE:<br>588 Main Street f/k/a 90 Main Street, Eliot, ME 03903 |
| **Laura Giovannettone and Mark Giovannettone** | Mortgage:<br>October 15, 2002<br>Book 12121, Page 288 |
| **Defendants**<br>**Kennebunk Savings Bank** | |
| **Party-In-Interest** | |

Now comes the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, and hereby submits this Consent Judgment of Foreclosure and Sale.

Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

. If the Defendants or their heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($140,966.95) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $59,910.31 |

| | |
|---|---:|
| Interest | $30,102.55 |
| Escrow/Impound Required | $43,016.22 |
| Total Advances | $6,998.19 |
| Late Charges Due | $939.68 |
| Grand Total | $140,966.95 |

1. If the Defendants or their heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($140,966.95) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Eliot Property shall terminate, and U.S. Bank shall conduct a public sale of the Eliot Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $140,966.95 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. **U.S. Bank may not seek a deficiency judgment against Laura Giovannettone n/k/a Laura Washburn pursuant to the Plaintiff's waiver of deficiency given in exchange for this consent.**

2. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

3. The amount due and owing is $140,966.95.

4. The priority of interests is as follows:

    ● U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust has first priority, in the amount of $140,966.95, pursuant to the subject Note and Mortgage.

    ● Kennebunk Savings Bank has the second priority behind the Plaintiff pursuant to a Mortgage dated March 20, 2003, in the amount of $30,000.00, and recorded in the York County Registry of Deeds in Book 12690, Page 330.

    ● Laura Giovannettone and Mark Giovannettone have the third priority behind the

Plaintiff.

5. The prejudgment interest rate is 6.75000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is .15%, *see* 14 U.S.C. § 1961.

6. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br>13801 Wireless Way<br>Oklahoma City, OK 73134 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Laura Giovannettone<br>23 Richfield Lane<br>Colchester, VT 05446 | Pro Se |
|  | Mark Giovannettone<br>588 Main Street f/k/a 90 Main Street<br>Eliot, ME 03903 | Pro Se |
| PARTIES-IN-INTEREST | Kennebunk Savings Bank | Christopher L. Brooks<br>Drummond Woodsum & Macmahon<br>84 Marginal Way<br>Suite 600<br>Portland, Me 04101 |

a) The docket number of this case is No. 2:19-cv-00435-JAW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 588 Main Street f/k/a 90 Main Street, Eliot, ME 03903, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 588 Main Street f/k/a 90 Main Street, Eliot, ME 03903.  The Mortgage was executed by the Defendants, Laura Giovannettone and Mark Giovannettone on October 15, 2002.  The book and page number of the Mortgage in the York County Registry of Deeds is Book 12121, Page 288.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an *in rem* judgment against the property, 588 Main Street f/k/a 90 Main Street, Eliot, ME 03903.

Dated:  March 15, 2022
    /s/ Reneau J. Longoria
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Dated: March 14, 2022                    /s/ Laura Giovannettone
                                         Laura Giovannettone
                                         23 Richfield Lane
                                         Colchester, VT 05446




Dated: March 11, 2022                    /s/Christopher L. Brooks, Esq
                                         Christopher L. Brooks, Esq.
                                         Drummond Woodsum & Macmahon
                                         84 Marginal Way
                                         Suite 600
                                         Portland, ME 04101




**SO ORDERED**

**DATED THIS 16th DAY OF March, 2022**        **/s/ John A. Woodcock, Jr.**
                                              **U.S. DISTRICT JUDGE**